# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia

United States of America
v.
Yves Delon Blake

Case No: 5:19-CR-00061-001

USM No: 01398-120

Date of Original Judgment: November 19, 2020
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Calvin M. McCullen
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 125 months **is reduced to** 108.

*(Complete Parts I and II of Page 2 when motion is granted)*

Blake was originally sentenced on November 12, 2020, to a term of 125 months imprisonment to run concurrent with the terms of imprisonment from Baldwin County Superior Court Docket Number 09CR47863. His imprisonment is to be followed by three years of supervised release. He is required to pay $100 for his mandatory assessment.

The Court determined that his total offense level was 29 and his criminal history category was IV, which yielded an advisory sentencing range of 121-151 months. His criminal history subtotal was five (5). Two additional criminal history points were added for being under a criminal justice sentence when he committed the instant Federal offense. This resulted in 7 criminal history points which yielded a criminal history category IV.

Based on retroactive Amendment 821, Part A to the United States Sentencing Guidelines, defendants with less than seven (7) criminal history points receive no additional points for being under a criminal justice sentence at the time of the instant Federal offense. A total of five (5) criminal history points yields a criminal history category III. A total offense level 29 with a criminal history category III, yields an advisory sentencing range of 108-135 months. The Government opined that a sentence at the low end of the newly computed advisory guideline range is appropriate, and the Court concurs.

Except as otherwise provided, all provisions of the judgment dated November 19, 2020 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 1/29/24

Effective Date: February 1, 2024
*(if different from order date)*

Tilman E. Self, III, United States District Judge
*Printed name and title*